UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID PARKER SHAW,<br><br>                   Plaintiff,<br><br>-against-<br><br>ANSUMANA SEKOU FOFANA and MAS TRANS INC.,<br><br>                   Defendants. | Docket No.:<br><br>CIVIL ACTION<br><br>**NOTICE OF REMOVAL** |

**TO THE UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT:**

Defendants, ANSUMANA SEKOU FOFANA and MAS TRANS, INC., (hereinafter "Defendants"), by their undersigned attorneys, hereby file this Notice of Removal pursuant to 28 U.S.C. § 1441, *et. seq.*, and 28 U.S.C. § 1332(a)(1), and respectfully request that this action be removed from the Superior Court of the State of Connecticut, Judicial District of Hartford at Hartford, to the United States District Court, District of Connecticut, as follows:

1. Defendants, ANSUMANA SEKOU FOFANA and MAS TRANS, INC., are defendants in a civil action commenced by Plaintiff DAVID PARKER SHAW (hereinafter "Plaintiff") in the Superior Court of the State of Connecticut, Judicial District of Hartford at Hartford, bearing the same caption as above stated, under Docket Number: HHD-CV-23-6172590-S (hereinafter "state court action").

2. The state court action was commenced by filing a Writ of Summons and Complaint on or about July 10, 2023, naming ANSUMANA SEKOU FOFANA and MAS TRANS, INC., as defendants. A true and correct copy of the Summons and Complaint is annexed hereto as **Exhibit "A"**.

3. Defendants MAS TRANS, INC. and ANSUMANA SEKOU FOFANA received a copy of the Summons and Complaint on July 31, 2023.

4. On the return date of August 15, 2023, the undersigned on behalf of the Defendants filed a Notice of Appearance in the state court action, a true and correct copy of which is annexed hereto as **Exhibit "B"**.

5. Defendants have not yet filed an Answer to the July 10, 2023 Complaint.

6. Upon information and belief, Plaintiff was at the time this action was commenced, and remains, a citizen of the State of Connecticut, with a residence at 131 Heather Lane, New Britain, Connecticut 06053.

7. Pursuant to 28 U.S.C. § 1332(c)(1), Defendant MAS Trans, Inc. was, at the time this action was commenced, and remains a citizen of the State of Ohio, its place of incorporation and the state in which it maintains its principal place of business.

8. Defendant Ansumana Sekou Fofana, was, at the time this action was commenced, and remains a citizen of the State of Ohio.

9. Therefore, this action is between citizens of different states pursuant to 28 U.S.C. § 1332(a)(1).

10. The initial pleading includes injuries or damages that may be permanent in nature, mental anguish, and limited ability to engage on Plaintiff's occupation, and is open ended such that the amount in controversy exceeds the sum or value of $75,000 as required pursuant to 28 U.S.C. § 1332(a)(1). *See,* Exhibit A at ¶¶ 6 to 10.

11. Accordingly, this Court has jurisdiction over the subject matter of this action based upon diversity of citizenship pursuant to 28 U.S.C. § 1332(a)(1) and Defendants may remove same pursuant to 28 U.S.C. § 1441(b).

12. No previous application for the relief sought herein has been made to this or any other Court.

13. This Notice is timely filed as required by 28 U.S.C. §1446(b)(1).

WHEREFORE, Defendants, ANSUMANA SEKOU FOFANA and MAS TRANS, INC., notice that the action pending in the Superior Court of the State of Connecticut, Judicial District of Hartford is hereby removed therefrom to this Court.

Dated: New York, New York
August 21, 2023

                                          Respectfully submitted,

                                          KMA ZUCKERT LLC

                                          By:   */s/ Nicholas E. Pantelopoulos*
                                                  Nicholas E. Pantelopoulos (CT-17612)
                                                  1350 Broadway, Suite 2410
                                                  New York, New York 10018
                                                  (212) 922-0450
                                                  *Attorney for Defendants*
                                                  *Ansumana Sekou Fofana and MAS Trans Inc*

TO:   Gregory E. O'Brien, Esq.
        Moore, O'Brien & Foti
        891 Straits Turnpike
        Middlebury, CT 06762
        (203) 272-5881
        *Attorney for Plaintiff*